IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JEMAL AHMED, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| ELIAS KIFLE and ETHIOPIAN REVIEW, INC., | : | NO. 1:12-CV-2697-JEC-ECS |
| Defendants. | : | |

**O R D E R**

This matter is before the Court on the motion for clarification filed by Plaintiff. [Doc. 46]. On June 18, 2014, the undersigned issued an Order in this case granting Plaintiff's motion to compel discovery responses from Defendant Kifle. See [Doc. 43]. In the Order of June 18, 2014, the undersigned ordered that the documents produced as a result of Plaintiff's First Set of Interrogatories and First Set of RFPs be subject to a protective order, which was also described in the Order of June 18, 2014. See [Doc. 43 at 6-8]. Plaintiff now seeks clarification as to the listing of persons in the protective order who are permitted access to the documents and information. [Doc. 46 at 1]. Plaintiff requests that the Court amend its June 18, 2014, protective order to add "the named parties in this litigation, Jemal Ahmed and Elias Kifle," to that list. [Doc. 46-1 at 3]. Defendant Kifle has not filed a response in opposition to Plaintiff's motion for clarification, and the motion is therefore

deemed unopposed. LR 7.1B, NDGa.

Upon consideration, Plaintiff's unopposed motion for clarification, [Doc. 46], is **GRANTED**. The "Protective Order" section of the Order of June 18, 2014, is **HEREBY AMENDED** to add subsection (g) to the list of persons to whom documents may be disclosed. See [Doc. 43 at 6-8; Doc. 46-1 at 3]. Accordingly, the Protective Order now states:

**Protective Order**

**IT IS HEREBY ORDERED** that the documents produced herein shall be maintained as confidential and used only for purposes of this lawsuit. Any document produced herein shall not be disclosed to any persons except as follows:

(a) to counsel representing the parties in this action, including any necessary paralegal, secretarial, or clerical personnel;

(b) to outside consultants and experts retained by the parties for the purpose of assisting in this action;

(c) to court reporters and other persons preparing transcripts or testimony to the extent necessary to prepare such transcripts;

(d) to the Court;

(e) to witnesses and prospective witnesses to the extent necessary to prepare for testimony;

(f) as required in response to any legal process; and

(g) to the named parties in this litigation, Jemal Ahmed and Elias Kifle.

**IT IS FURTHER ORDERED** that, should either party deem it necessary to file any of the documents produced herein with the Court, the documents shall be filed under seal. The filing party shall first electronically file a "Notice of Filing Under Seal Pursuant to the Court's Order of April 8, 2014." The protected materials shall then be filed in paper form, not electronically, in a sealed envelope, along with a copy of the notice of filing. See App'x H to Local Rules, Exhibit A at A11, N.D. Ga. The sealed envelope shall be endorsed with: (1) the caption of the lawsuit; (2) the title of the filing or a brief description of the enclosed materials; and (3) the following legend:

> **Confidential Subject to Court Order**. The following envelope contains documents filed in this case by [name of party]. It is not to be opened by, nor are the contents to be displayed or revealed to, anyone other than authorized Court personnel, except upon order of the Court.

After final determination of this case, counsel shall collect from the parties, witnesses, experts, employees, and any others to whom the confidential information has been revealed under this Order, all copies of such confidential material in their possession, custody, or control and return said material to this Court.

3

## Conclusion

**IT IS ORDERED** that Plaintiff's motion for clarification, [Doc. 46], is **GRANTED**, and the protective order entered by the undersigned on June 18, 2014 is amended as described above.

**SO ORDERED**, this 8th day of July, 2014.

                                        *s/ E. Clayton Scofield III*
                                        E. CLAYTON SCOFIELD III
                                        UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)