IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEMAL AHMED, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:12-CV-2697-SCJ |
| ELIAS KIFLE and EITHIOPIAN REVIEW, INC., | |
| Defendant. | |

### ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge E. Clayton Scofield [Doc. No. 68], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court. Accordingly, Plaintiff's motion for default judgment against defendant Elias Kifle [Doc. No. 51] is hereby **GRANTED**, and Plaintiff's second motion for extension of discovery period[1] [Doc. No. 63] is **DENIED AS MOOT**.

The parties are further **ORDERED** to appear before the undersigned for a **DAMAGES HEARING** on **THURSDAY, JANUARY 29TH, 2015 AT 2:30 P.M.** in Courtroom 1907, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia. The Court will also hear **ORAL ARGUMENT** on all remaining outstanding motions at

---

[1] Plaintiff sought to extend discovery in the event the Court denied his motion for default judgment.

that time, to include Defendant Elias Kifle's motions to disqualify Plaintiff's counsel [Doc. No. 55], for clarification [Doc. No. 56], to compel Plaintiff to appear for deposition [Doc. No. 58], and for leave to file a third-party complaint [Doc. No. 59].

Finally, Plaintiff is **ORDERED** file any and all appropriate motions or other pleadings to dispose of or otherwise proceed with this matter as to remaining defendant Eithiopian Review, Inc. within twenty (20) days of entry of this Order.

**IT IS SO ORDERED**, this 18th day of December, 2014.

                                            s/Steve C. Jones
                                            STEVE C. JONES
                                            UNITED STATES DISTRICT JUDGE