# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:12-cv-02697-SCJ
### Ahmed v. Kifle et al
### Honorable Steve C Jones

Minute Sheet for proceedings held In Open Court on 1/29/2015.

TIME COURT COMMENCED: 2:30 P.M.
TIME COURT CONCLUDED: 5:15 P.M.     COURT REPORTER: David Ritchie
TIME IN COURT: 2:45                 DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Mary Gately representing Jemal Ahmed<br>Elias Kifle appearing Pro Se<br>Anthony Lehman representing Jemal Ahmed |
| PROCEEDING CATEGORY: | Damages Hearing(Other Evidentiary Hearing - Contested); |
| MINUTE TEXT: | Damages hearing held pursuant to the Court's Order of 12/19/14 [70]. Plaintiff Jemal Ahmed sworn and testified. Plaintiff's exhibits 1, 4, 5, 6, 7, 8, 9, 10 and 13 admitted. Craig Kronenberger sworn and testified as expert witness for Plaintiff. Plaintiff's exhibits 11 and 12 admitted. Defendant Elias Kifle sworn and testified. Oral argument heard. The matter was taken under advisement by the Court, with order to follow. |
| HEARING STATUS: | Hearing Concluded |