## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JEMAL AHMED,                                  :
                                              :
    Plaintiff,                     :       CIVIL ACTION NO.
                                              :       1:12-cv-02697-SCJ
    v.                             :
                                              :
ELIAS KIFLE and ETHIOPIAN                     :
REVIEW, INC.,                                 :
                                              :
    Defendants.                    :

### ORDER

This matter appears before the Court to order Defendant Elias Kifle to remove certain information from the internet.

The Court held a hearing on damages for the default judgment entered against Defendant Kifle, Plaintiff's Motion for Default Judgment against Defendant Ethiopian Review, Inc., and any damages related to that motion for default judgment on January 29, 2015. An order as to these three issues is forthcoming.

During the hearing, however, the Court ordered Defendant Kifle to remove all postings, articles, comments, or any other reference to Plaintiff Jemal Ahmed from any of his websites by 4:00 PM on January 30, 2015 or risk being

held in contempt of court.  The Court now formally enters a written order to clarify its ruling from the bench.

## CONCLUSION

Defendant Elias Kifle is **ORDERED** to remove all postings, articles, comments relating to, and any other reference to, Plaintiff Jemal Ahmed, whether by name or implication, from any website he owns or manages, including, but not limited to, the website known as "Ethiopian Review" by 4:00 PM on January 30, 2015.

**IT IS SO ORDERED,** this _30th_ day of _January_, 2015.

_Steve C. Jones_
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

2