FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 0 2 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
For the Northern District of Georgia

ATLANTA, GEORGIA

| | |
|---|---|
| Jemal Ahmed, | Civil Action No. |
| Plaintiff and | 1:12-cv-2697- SCJ |
| | |
| v. | |
| Elias Kifle, | |
| Defendant and | |

## NOTICE OF COMPLIANCE WITH COURT ORDER

I, Elias Kifle, *pro se* Defendant file this notice of compliance with the order of this Court dated January 29, 2015, removing every reference to Plaintiff Jemal Ahmed from my blog, Ethiopian Review, by 4 PM on January 30, 2015. Several other websites that were mentioned, such as Billusuma and Ethiotube, by the Plaintiff have nothing to do with me and I have no control over them.

Respectfully submitted, this 2nd day of February 2015.

Elias Kifle, Defendant pro se
[*new mailing address*]
℅ Brook Kifle
1400 Herrington Road #15206
Lawrenceville GA 30044
Email: eliaskifle@gmail.com

1

UNITED STATES DISTRICT COURT
For the Northern District of Georgia

| | |
|---|---|
| Jemal Ahmed, | Civil Action No. |
|     Plaintiff and | 1:12-cv-2697 |
|     Counterclaim Defendant | |
| v. | |
| Elias Kifle, | |
|     Defendant and | |
|     Counterclaimant | |

## NOTICE OF SERVICE

I, Defendant and Counterclaimant in the above named case, hereby certify that on 2 February 2015, a true and correct copy of this document was served upon Jemal's attorney by by hand.

Respectfully submitted, this 2nd day of February 2015.

Elias Kifle, Defendant pro se

[*new mailing address*]
℅ Brook Kifle
1400 Herrington Road #15206
Lawrenceville GA 30044
Email: eliaskifle@gmail.com